**ORIGINAL**

Susan F. Halman, State Bar No. 111511
E-mail:   shalman@selvinwraith.com
Joshua S. Leach, State Bar No. 209061
E-mail:   jleach@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:  (510) 874-1811
Facsimile:   (510) 465-8976

Attorneys for Defendant
NIC INSURANCE COMPANY

FILED
07 OCT 15 PM 3:36
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>NIC INSURANCE COMPANY erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 07CV 1992 JLS (LSP)<br><br>Orange County Superior Court Action No.: 07CC07481<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(B) (DIVERSITY JURISDICTION)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant NIC INSURANCE COMPANY ("Defendant") hereby removes to this Court the state court action described below. This Court's jurisdiction is based upon 28 U.S.C. § 1332(a) in that the matter in controversy exceeds the sum of $75,000 and is between the citizens of different states.

1.  On June 29, 2007, plaintiff Philip Salbato dba Salbato Construction commenced this action by filing a Complaint in the Superior Court of the State of California for the County of Orange, entitled <u>Philip Salbato dba Salbato Construction,</u>

1
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)    CASE NO.

1 | Plaintiff, v. Navigators Insurance Company; and Does 1 through 200, inclusive,
2 | Defendants, as case no. 07CC07481 (*See*, **Exhibit "A"** to Declaration of Susan
3 | Halman ("Halman Decl.") filed concurrently.)

4 |     2.    On July 25, 2007, prior to any appearance being made on behalf of any
5 | defendant, and pursuant to a discussion between counsel concerning plaintiff's
6 | pleading naming the wrong defendant entity, plaintiff Philip Salbato dba Salbato
7 | Construction filed a First Amended Complaint in the Superior Court of the State of
8 | California for the County of Orange, entitled Philip Salbato dba Salbato Construction,
9 | Plaintiff, v. NIC Insurance Company, erroneously sued as Navigators Insurance
10 | Company; and Does 1 through 200, inclusive, Defendants, as case no. 07CC07481,
11 | (*See*, **Exhibit "B"** to Halman Decl., filed concurrently herewith.)

12 |     3.    Plaintiff's Complaint was properly served upon Navigators Insurance
13 | Company on July 9, 2007. Counsel for NIC Insurance Company agreed to accept
14 | service of Plaintiff's First Amended Complaint, which was served by mail on July 25,
15 | 2007.

16 |     4.    When Plaintiff's action was filed, it could not be ascertained from either
17 | the Complaint or the First Amended Complaint whether there was complete diversity
18 | between the named parties and/or whether the amount in controversy exceeded
19 | $75,000. NIC Insurance Company's counsel twice inquired with plaintiff's counsel
20 | about the amount in controversy, but received no substantive response.

21 |     5.    On August 27, 2007, NIC Insurance Company filed its Answer to
22 | Plaintiff's First Amended Complaint in the Superior Court of the State of California
23 | for the County of Orange, declaring that NIC Insurance Company is a New York
24 | corporation. (*See*, **Exhibit "C"** to Halman Decl., filed concurrently herewith.) NIC
25 | Insurance Company's Answer filed in this action establishes there is diversity of
26 | citizenship between the parties.

27 |     6.    On August 28, 2007, NIC Insurance Company served Form
28 | Interrogatories – Set One upon plaintiff Philip Salbato dba Salbato Construction using

the Judicial Council of California Form DISC-001 (Rev. 1/1/2007), requesting responses, in particular, to Form Interrogatory no. 9.1. (*See*, **Exhibit "D"** to Halman Decl., filed concurrently herewith.)

7. On October 2, 2007, Plaintiff Philip Salbato dba Salbato Construction served Responses to NIC's Form Interrogatories – Set One. (*See*, **Exhibit "E"** to Halman Decl., filed concurrently herewith.) Counsel for NIC Insurance Company received plaintiff's Responses on October 4, 2007. In response to Form Interrogatory no. 9.1, plaintiff discloses, <u>for the first time</u>, the specific amount of his damages claimed against NIC Insurance Company in this litigation: (1) legal fees and costs of $406,000 incurred in defending underlying litigation; (2) the sum of $625,000 as the cost to repair property damage claimed by the underlying claimant; and (3) legal fees and costs incurred in prosecuting this action. Plaintiff's Responses to Form Interrogatories – Set One, served in this action establishes the amount in controversy in this action exceeds the jurisdictional minimum.

8. Defendant NIC Insurance Company files this Notice of Removal within thirty (30) days after receipt of through service of Plaintiff's Responses to NIC's Form Interrogatories – Set One, which establishes that the amount in controversy exceeds this court's minimum jurisdictional amount in controversy, and establishing the validity of this Notice of Removal pursuant to 28 U.S.C.§ 1446(b).

9. Defendant will serve written notice to Plaintiff of the filing of this Notice of Removal with this Court, as provided by 28 U.S.C. § 1446(d).

10. Defendant will forward a true and correct copy of its Notice of Removal to the Clerk of the Court of the State of California in and for the County of Orange for filing with that court as provided by 28 U.S.C. § 1446(d).

///

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)     CASE NO.**

1  WHEREFORE, Defendant prays that the above-entitled cause, currently
2  pending in the Superior Court of the State of California, in and for the County of
3  Orange, be removed to the United States District Court for the Central District of
4  California, and that this cause proceed in this Court as an action properly so removed.

5  Dated: October 11, 2007            SELVIN WRAITH HALMAN LLP

7                                     By: /s/ Susan F. Halman
8                                        Susan F. Halman
                                         Joshua S. Leach
9                                        Attorneys for Defendant
                                         NIC INSURANCE COMPANY

43528.doc

---

4

**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)**    CASE NO.

JS 44 (Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**
PHILIP SALBATO dba SALBATO CONSTRUCTION

**DEFENDANTS**
NIC INSURANCE COMPANY

FILED
OCT 1 5 2007
'07 CV 1992 JLS (LSP)
DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego, CA
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Bonnie Roadarmel
Newmeyer & Dillon LLP
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
(949) 854-7000

**ATTORNEYS (IF KNOWN)**
Susan F. Halman (Bar # 111511)
Selvin Wraith Halman LLP
505 14th Street, Suite 1200
Oakland, CA 94612
(510) 874-1811

**II. BASIS OF JURISDICTION** (PLACE AN 'X' IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only) (PLACE AN 'X' IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|                                  | PT | DEF |                                                              | PT | DEF |
|----------------------------------|----|-----|--------------------------------------------------------------|----|-----|
| Citizen of This State            | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State         | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation                                    | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)
28 USC Section 1332(a): California resident plaintiff alleges declaratory relief, breach of contract - duty to defend; breach of contract - duty to indemnify and breach of the covenant of good faith and fair dealing against New York resident general liability insurance company.

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|----------|-------|--------------------|-----------|----------------|
| [X] 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 423 Withdrawal 28 USC 157 | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury - Product Liability | | | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury / [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (13958) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting / [ ] 510 Motion to Vacate Sentence | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment / **HABEAS CORPUS:** | | [ ] 865 RSI (405(g)) | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations / [ ] 530 General | [ ] 740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare / [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | / [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS - Third Party 26 USC 7609 | |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights / [ ] 550 Civil Rights | | | [ ] 890 Other Statutory Actions |
| | / [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)
- [ ] 1 Original Proceeding
- [X] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 0.00   CHECK YES only if demanded in complaint: JURY DEMAND: [ ] YES [X] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ Docket Number _____

DATE: October 11, 2007
SIGNATURE OF ATTORNEY OF RECORD: /s/ Susan F. Halman
SUSAN F. HALMAN

#143538  $350  1b  10/16/07
::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

```
        UNITED STATES
        DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
         SAN DIEGO DIVISION

     # 143538      - KD
     * * C O P Y * *
       October 16, 2007
           10:42:29


       Civ Fil Non-Pris
USAO #.: CIVIL FILING; 07CV1992
Amount.:                $350.00 CK
Check#.: BC 14734 & 14737



    Total->   $350.00



FROM: CIVIL FILING
      SALBATO V. NIC INS. CO.
```