

**ORIGINAL**



FILED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  Susan F. Halman, State Bar No. 111511
   E-mail:     shalman@selvinwraith.com
2  Joshua S. Leach, State Bar No. 209061
   E-mail:     Jleach@selvinwraith.com
3  SELVIN WRAITH HALMAN LLP
4  505 14th Street, Suite 1200
   Oakland, CA 94612
5  Telephone:  (510) 874-1811
   Facsimile:  (510) 465-8976
6
7  Attorneys for Defendant
   NIC INSURANCE COMPANY
8

9            IN THE UNITED STATES DISTRICT COURT

10       FOR THE SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

11

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>NIC INSURANCE COMPANY erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. '07 CV 1992 JLS (LSP)<br><br>Orange County Superior Court<br>Action No.: 07CC07481<br><br>**NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)** |

The undersigned, counsel of record for defendant NIC INSURANCE COMPANY, certifies that the following listed party has a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

---

1
**NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**                    CASE NO.

1 | NONE KNOWN, other than the named defendant, NIC INSURANCE
2 | COMPANY, who issued a general liability insurance policy to plaintiff, PHILIP
3 | SALBATO dba SALBATO CONSTRUCTION.

4 | Dated: October 11, 2007         SELVIN WRAITH HALMAN LLP

6 | By: *Susan F. Halman*
7 | Susan F. Halman
   | Joshua S. Leach
8 | Attorneys for Defendant
   | NIC INSURANCE COMPANY

10 | 43596.doc

**NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**       CASE NO.