1  Susan F. Halman, State Bar No. 111511
   E-mail:    shalman@selvinwraith.com
2  Joshua S. Leach, State Bar No. 209061
   E-mail:    sleach@selvinwraith.com
3  SELVIN WRAITH HALMAN LLP
4  505 14th Street, Suite 1200
   Oakland, CA 94612
5  Telephone:  (510) 874-1811
   Facsimile:   (510) 465-8976
6

7  Attorneys for Defendant
   NIC INSURANCE COMPANY
8



FILED
OCT 15 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

9           IN THE UNITED STATES DISTRICT COURT
10       FOR THE SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>NIC INSURANCE COMPANY erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. '07 CV 1992 JLS (LSP)<br><br>Orange County Superior Court Action No.: 07CC07481<br><br>**CORPORATE DISCLOSURE OF NIC INSURANCE COMPANY** |

NIC INSURANCE COMPANY states the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

| | |
|---|---|
| 1 | There are no companies that are subsidiaries of NIC INSURANCE COMPANY. |
| 2 | Dated: October 11, 2007    SELVIN WRAITH HALMAN LLP |

By: *Susan F. Halman*
Susan F. Halman
Joshua S. Leach
Attorneys for Defendant
NIC INSURANCE COMPANY

43593.doc