Susan F. Halman, State Bar No. 111511
E-mail: shalman@selvinwraith.com
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (510) 874-1811
Facsimile: (510) 465-8976

Attorneys for Defendant
NIC INSURANCE COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>Plaintiff,<br><br>v.<br><br>NIC INSURANCE COMPANY erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 3:07-cv-01992-JLS-LSP<br><br>Orange County Superior Court Action No.: 07CC07481<br><br>**NOTICE OF MOTION FOR TRANSFER OF CASE TO CURE DEFECT IN INITIAL VENUE (28 U.S.C. §§ 1404, 1406(A))**<br><br>*(ACCOMPANYING PAPERS: MEMORANDUM OF POINTS & AUTHORITIES; DECLARATION OF SUSAN F. HALMAN)*<br><br>DATE:    December 21, 2007<br>TIME:    10:30 a.m.<br>JUDGE:  Hon. Janis L. Sammartino<br><br>"ORAL ARGUMENT NOT REQUIRED" |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that on December 21, 2007, at 10:30 a.m. before the Honorable Janis L. Sammartino, Defendant NIC INSURANCE COMPANY ("Defendant") hereby moves this Court for an order transferring the venue of this case

1
MOTION FOR TRANSFER TO CURE DEFECT IN INITIAL VENUE

to the Southern Division of the Central District of California. Defendant brings this motion on the grounds that, although this federal Court has subject matter jurisdiction over this action, the state court action is pending in Orange County Superior Court and Defendant's timely Notice of Removal was incorrectly filed in the Southern District of California, rather than in the Southern Division of the Central District of California, which is comprised of Orange County.

In the interest of justice, and to avoid the needless expense of time and attorneys fees to re-file the Notice of Removal in the correct district court, Defendant NIC respectfully requests that this Court exercise its discretion to order this case transferred to the proper federal district court pursuant to 28 U.S. Code §§ 1404 and 1406(a), to cure the defect in initial venue.

Defendant's motion is based upon this notice, the attached Memorandum of Points and Authorities, and Declaration of Susan Halman, with exhibit.

Dated: October 19, 2007          SELVIN WRAITH HALMAN LLP

By: *Susan F. Halman*
Susan F. Halman
Attorneys for Defendant
NIC INSURANCE COMPANY

46021.doc

| Re: | Philip Salbato dba Salbato Construction v. NIC Insurance Company, et al. |
|---|---|
| Court: | U.S.D.C. – Southern Division |
| Action No. | 3:07-cv-01992-JLS-LSP |

## PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On October 19, 2007, I served the following document(s):

**NOTICE OF MOTION FOR TRANSFER OF CASE TO CURE DEFECT IN INITIAL VENUE (28 U.S.C. §§ 1404, 1406(A));**

**DECLARATION OF SUSAN F. HALMAN IN SUPPORT OF MOTION FOR TRANSFER OF CASE TO CURE DEFECT IN INITIAL VENUE (28 U.S.C. §§ 1404, 1406(A));**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR TRANSFER OF CASE TO CURE DEFECT IN INITIAL VENUE (28 U.S.C. §§ 1404, 1406(A))**

**By U.S. MAIL:** By placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices. I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Ms. Bonnie T. Roadarmel
Newmeyer & Dillion, LLP
895 Dove Street, 5th Floor
Newport Beach, CA 92660
Telephone No.: (949) 854-7000
Fax No.: (949) 854-7099
Email: bonnie.roadarmel@ndlf.com

Attorneys for Plaintiff:
PHILIP SALBATO dba SALBATO CONSTRUCTION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 19, 2007

_____
Marisa D. Shelby

1