1  NEWMEYER & DILLION LLP
   REED N. ARCHAMBAULT, CBN 151012
2  BONNIE ROADARMEL, CBN 205275
   SARAH E. GREENBERG, CBN 237576
3  895 Dove Street, Fifth Floor
   Newport Beach, CA 92660
4  (949) 854-7000; (949) 854-7099 (Fax)

5  Attorneys for Plaintiff
   Philip Salbato dba Salbato Construction
6

7

8                    UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

10

| 11 | PHILIP SALBATO dba SALBATO CONSTRUCTION, | CASE NO.: | 3:07-CV-1992 |
|---|---|---|---|
| 12 | | JUDGE: | Janis L. Sammartino/LSP |
| 13 | Plaintiff, | **DEMAND FOR JURY TRIAL** | |
| 14 | vs. | FILE DATE: | June 29, 2007 |
| 15 | NIC INSURANCE COMPANY, erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive | TRIAL DATE SET: | No Date Set |
| 17 | Defendants. | | |

18

19     Plaintiff Philip Salbato dba Salbato Construction hereby demands a trial by jury in this

20  matter.

21     Plaintiff understands that this matter was removed by Defendant NIC Insurance Company

22  to the Southern District of California on October 15, 2007, and that said removal was

23  inadvertently filed in the Southern District of California instead of the proper venue of the Central

24  District of California, Southern Division as is required by 28 USC 1441(a). Plaintiff further

25  understands that Defendant has already filed a motion seeking to cure this defect and transfer this

26  matter to the proper venue in the Central District, however said motion is not scheduled to be

27  heard until December 21, 2007. In recognition of the fact that Defendant's motion is not

28  scheduled to be heard until after this demand is due to be filed with the court, Plaintiff is filing the

1127887.1

JURY DEMAND

1  instant jury demand with this court at this time solely as a precautionary matter in order to
2  preserve its right to a jury trial in this matter. By filing this document, Plaintiff is not intending to
3  submit this matter to the jurisdiction of the Southern District and is not waiving its right to contest
4  the same. Instead, this jury demand is being filed solely as a precautionary matter because the
5  motion to transfer this matter to the Central District of California has not yet been heard.

DATED: October 25, 2007

NEWMEYER & DILLION LLP
Reed N. Archambault
Bonnie Roadarmel
Sarah E. Greenberg


s/Sarah E. Greenberg
Attorneys for Plaintiff
Philip Salbato dba Salbato Construction
sarah.greenberg@ndlf.com

**CERTIFICATE OF SERVICE**

*Electronic Filing and Service*

I, Lynn Ortiz, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 895 Dove Street, Fifth Floor, Newport Beach, CA 92660. I served the within documents:

DEMAND FOR JURY TRIAL

☒  I hereby certify that on oOctober 25, 2007 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice Filing to the following CM/ECF registrants:

☐  I hereby certify that on _____, 2007, I served the attached document by _____ on the following, who are not registered participants of the F System..

Susan F. Halman
Joshua S. Leach
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612

Attorneys for Defendants, NIC Insurance Company

(510) 874-1811
Fax: (510) 465-8976
Email: shalman@selvinwraith.com
jleach@selvinwraith.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 25, 2007, at Newport Beach, California.

_____s/Lynn Ortiz_____

1130213.1