1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11  In re CASES REASSIGNED TO THE HONORABLE JANIS L. SAMMARTINO | |
| 12 | SCHEDULING ORDER |
| 13 | O7CV1992 JLS(LSP) |

14

15       Good cause appearing, the Court hereby **SETS** dates in all the following matters:

16       In Re Remec Securities (04cv1948 JLS (AJB)): The Court hearby **RESCHEDULES** oral

17   argument on Plaintiff's Motion to Certify the Class (Doc. No. 88) to Friday, November 30, 2007 at

18   10:30 a.m.

19       Arrowhead General Insurance Agency, Inc. v. Lucas & Dake Co., Inc. (07cv1810 JLS

20   (WMC)): The Court **SHALL HEAR** oral argument on the Motion for Writ of Attachment, Or, In

21   the Alternative, Motion for Temporary Restraining Order (Doc. No. 11), on Friday, December 7,

22   2007 at 10:30 a.m.  Defendants **SHALL FILE** an Opposition by November 7, 2007, and Plaintiff

23   **SHALL FILE** a Reply by November 15, 2007.

24       Photothera, Inc. v. Oron (07cv490 JLS (AJB)): The Court hearby **RESCHEDULES** oral

25   argument on Defendants' Motion to Dismiss for Lack of Jurisdiction, Motion to Dismiss, and

26   Motion to Stay Due to the International Abstension Doctrine (Docs. Nos. 16, 17, 18) to Friday,

27   December 21, 2007 at 10:30 a.m.

28

1    <u>Phifer v. Dept. of Corrections (06cv790 JLS (WMC))</u>: The Court hearby

2    **RESCHEDULES** oral argument on Defendant's Motion for Summary Judgment (Doc. No. 13) to

3    <u>Friday, January 11, 2008</u> at <u>10:30 a.m.</u>

4    <u>Mory v. Chula Vista Police Dept. (06cv1460 JLS (BLM))</u>: The Court hearby

5    **RESCHEDULES** oral argument on Defendant's Motion for Summary Judgment (Doc. No. 36)

6    and Motion for Sanctions (Doc. No. 53) to <u>Tuesday, January 22, 2008</u> at <u>10:30 a.m.</u>

7    <u>Mory v. Chula Vista Police Dept. (07cv462 JLS (BLM))</u>. The Court hearby

8    **RESCHEDULES** oral argument for Defendant's Motion to Dismiss (Doc. No. 30) and Motion to

9    Strike (Doc. No. 33) to <u>Tuesday, January 22, 2008</u> at <u>10:30 a.m.</u>

10   <u>Wiegele v. Fedex Ground (06cv1330 JLS (POR))</u>. The Court hearby **RESCHEDULES**

11   oral argument on Plaintiff's Motion to Certify the Class to <u>Friday, February 8, 2008</u> at <u>10:30 a.m.</u>

12   However, the briefing schedule **SHALL REMAIN UNCHANGED**.

13   <u>Mytee Products v. Harris Research (06cv1854 JLS (CAB))</u>. The Court hearby

14   **RESCHEDULES** the claim construction hearing to <u>Tuesday, February 19, 2008</u>. The parties

15   **SHALL SIMULTANEOUSLY FILE** and **SERVE** supplemental briefs not to exceed fifteen (15)

16   pages on or before <u>Tuesday, January 15, 2008.</u>

17   <u>Rousseaux v. Financial Industry Regulatory Authority, Inc. (07cv1986 JLS (CAB))</u>. The

18   Court hereby **SETS** oral argument for Defendant's Motion for Change of Venue (Doc. No. 3) for

19   <u>February 22, 2008.</u> Plaintiff **SHALL FILE** an Opposition no later than <u>November, 8, 2007.</u>

20   Defendant **SHALL FILE** a Reply no later than <u>November 16, 2007.</u>

21   <u>Salbato v. NIC Insurance Co. (07cv1992) JLS (LSP))</u>. The Court hereby **SETS** oral

22   argument for Defendant's Motion for Change of Venue (Doc. No. 5) for <u>December 21, 2007.</u>

23   Plaintiff **SHALL FILE** an Opposition no later than <u>November, 9, 2007.</u> Defendant **SHALL**

24   **FILE** a Reply no later than <u>November 16, 2007.</u>

25   <u>Goodrich v. Chase Manhattan (05cv636 JLS (POR))</u>. The Court hearby **RESCHEDULES**

26   oral argument on Defendants' Motion to Dismiss (Doc. No. 62) to <u>Friday, March 7, 2008</u> at <u>10:30</u>

27   <u>a.m.</u>

28   <u>Krueger v. Wyeth, Inc. (03cv2496 JLS (AJB))</u>. The Court hearby **RESCHEDULES** oral

1   argument on Plaintiff's Motion to Certify the Class (Doc. No. 15) to <u>Friday, March 21, 2008</u> at

2   <u>10:30 a.m.</u>

3         <u>Moser v. Triarc Company, Inc. , (05cv1742 JLS (WMC)).</u>  The Court hearby

4   **RESCHEDULES** oral argument on Defendant's Special Motion to Strike Pursuant to California

5   Code of Civil Procedure § 425.16 (Doc. No. 25) to <u>Friday, March 28, 2008</u> at <u>10:30 a.m.</u>

6   However, the briefing schedule **SHALL REMAIN UNCHANGED**.

7         <u>Cardinal, et al v. Buchnoff, (06cv72 JLS (LSP)).</u>  The Court hearby **RESCHEDULES** oral

8   argument on Defendant's Motion for Summary Judgment (Doc. No. 39) to <u>Friday, April 11, 2008</u>

9   at <u>10:30 a.m.</u>    However, the briefing schedule **SHALL REMAIN UNCHANGED**.

10         <u>Ballon v. Robin W. Enos Offices, (06cv74 JLS (WMC)).</u>  The Court hearby

11   **RESCHEDULES** Defendants' Motion for Partial Summary Judgment (Doc. No. 64) to <u>Friday,</u>

12   <u>April 25, 2008</u> at <u>10:30 a.m.</u>  However, the briefing schedule **SHALL REMAIN UNCHANGED**.

13         <u>Anticancer Inc v. Xenogen Corporation, (05cv448 JLS (AJB)).</u>  The Court hearby

14   **RESCHEDULES** the claim construction hearing to <u>Friday, May 13, 2008</u> at <u>10:30 a.m.</u>

15         The Clerk's Office **SHALL DOCKET** this Order in every case referenced above.

16         IT IS SO ORDERED.

17

18   DATED:  October 30, 2007

19

20         *Janis L. Sammartino*

        Honorable Janis L. Sammartino

21         United States District Judge

22

23

24

25

26

27

28