NEWMEYER & DILLION LLP
REED N. ARCHAMBAULT, CBN 151012
BONNIE ROADARMEL, CBN 205275
SARAH E. GREENBERG, CBN 237576
895 Dove Street, Fifth Floor
Newport Beach, CA 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Plaintiff
Philip Salbato dba Salbato Construction

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>Plaintiff,<br><br>vs.<br><br>NIC INSURANCE COMPANY, erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive<br><br>Defendants. | CASE NO.:     3:07-CV-1992<br>JUDGE:         Janis L. Sammartino/LSP<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION TO CURE DEFECTS AND TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>FILE DATE:          June 29, 2007<br>TRIAL DATE SET:  No Date Set |

Plaintiff Philip Salbato dba Salbato Construction hereby states it does not oppose Defendant NIC Insurance Company's motion to cure defects in its removal papers by transferring this matter to the proper venue, the Central District of California, Southern Division.

DATED: November 9, 2007

NEWMEYER & DILLION LLP
Reed N. Archambault
Bonnie Roadarmel
Sarah E. Greenberg


s/Sarah E. Greenberg
Attorneys for Plaintiff
Philip Salbato dba Salbato Construction
sarah.greenberg@ndlf.com

1144072.1

# CERTIFICATE OF SERVICE

## *Electronic Filing and Service*

I, Lynn Ortiz, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 895 Dove Street, Fifth Floor, Newport Beach, CA 92660. I served the within documents:

**STATEMENT OF NON-OPPOSITION TO MOTION TO CURE DEFECTS AND TRANSFER TO THE CENTRAL DISTRICT OF CALIFORNIA**

[X]  I hereby certify that on November 9, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice Filing to the following CM/ECF registrants:

[ ]  I hereby certify that on _____, 2007, I served the attached document by _____ on the following, who are not registered participants of the F System..

| | |
|---|---|
| Susan F. Halman<br>Joshua S. Leach<br>SELVIN WRAITH HALMAN LLP<br>505 14th Street, Suite 1200<br>Oakland, CA 94612 | Attorneys for Defendants, NIC Insurance Company<br><br>(510) 874-1811<br>Fax: (510) 465-8976<br>Email: shalman@selvinwraith.com<br>        jleach@selvinwraith.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 9, 2007, at Newport Beach, California.

_____s/Lynn Ortiz_____

1130213.1