1 | Susan F. Halman, State Bar No. 111511
2 | E-mail:     shalman@selvinwraith.com
  | SELVIN WRAITH HALMAN LLP
3 | 505 14th Street, Suite 1200
  | Oakland, CA 94612
4 | Telephone:  (510) 874-1811
  | Facsimile:  (510) 465-8976
5 |
6 | Attorneys for Defendant
  | NIC INSURANCE COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>    Plaintiff,<br><br>    v.<br><br>NIC INSURANCE COMPANY erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive,<br><br>    Defendants. | CASE NO.  3:07-cv-01992-JLS-LSP<br><br>Orange County Superior Court Action No.: 07CC07481<br><br>**REPLY IN SUPPORT OF MOTION FOR TRANSFER OF CASE TO CURE DEFECT IN INITIAL VENUE (28 U.S.C. §§ 1404, 1406(A))**<br><br>DATE:    **December 21, 2007**<br>TIME:    **10:30 a.m.**<br>JUDGE:   **Hon. Janis L. Sammartino**<br><br>**"ORAL ARGUMENT NOT REQUIRED"** |

By this motion, Defendant NIC Insurance Company asks this Court to exercise its discretion to transfer this action to the Southern Division of the Central District of California, pursuant to 28 U.S.C. §§ 1404 and 1406(a).

Plaintiff, Phil Salbato dba Salbato Construction has filed a Statement of Non-Opposition to Defendant's motion herein.  There being no dispute between the parties that the initial venue of this action should be in the Southern Division of the Central District of California, NIC respectfully requests this Court to exercise its discretion

1  and: (1) to vacate the hearing on Defendant's motion, currently set for December 21,
2  2007, and (2) to enter an order which corrects the defect in initial venue and transfers
3  venue of this case to the Southern Division of the Central District of California,
4  pursuant to 28 U.S. Code §§ 1404 and 1406(a).

6  Dated: November 16, 2007     SELVIN WRAITH HALMAN LLP

8                      By:         /s/ Susan F. Halman
9                            Susan F. Halman
                             Attorneys for Defendant
10                           NIC INSURANCE COMPANY

11  46831.doc

| Re: | Philip Salbato dba Salbato Construction v. NIC Insurance Company, et al. |
|---|---|
| Court: | USDC, Southern District – San Diego |
| Action No. | 3:07-cv-01992-JLS-LSP |

# PROOF OF SERVICE

I declare that I am over the age of 18, am not a party to the above-entitled action, and am an employee of Selvin Wraith Halman LLP whose business address is 505 14th Street, Suite 1200, Oakland, Alameda County, California 94612.

On November 16, 2007, I served the following document(s):

**REPLY IN SUPPORT OF MOTION FOR TRANSFER OF CASE TO CURE DEFECT IN INITIAL VENUE (28 U.S.C. §§1404, 1406(A))**

**By ELECTRONIC FILE TRANSFER TO ECF FILE & SERVE:** By transmitting a true copy the document(s) listed above for service on all parties in this case pursuant to applicable statutes, local rules and/or order of this Court.

Ms. Bonnie T. Roadarmel
Newmeyer & Dillion, LLP
895 Dove Street, 5th Floor
Newport Beach, CA  92660
Telephone No.:   (949) 854-7000
Fax No.:       (949) 854-7099
Email:  bonnie.roadarmel@ndlf.com

Attorneys for Plaintiff:
PHILIP SALBATO dba SALBATO CONSTRUCTION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  November 16, 2007

                                           /s/ Marisa D. Shelby
                                     Marisa D. Shelby