# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SALBATO dba SALBATO CONSTRUCTION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>NIC INSURANCE COMPANY erroneously sued as NAVIGATORS INSURANCE COMPANY; and DOES 1 through 200, inclusive,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07CV1992<br><br>**ORDER: GRANTING DEFENDANT'S MOTION FOR TRANSFER TO CURE DEFECT IN INITIAL VENUE** |

　　　Presently before the Court is Defendant's motion for transfer to cure the defect in initial venue. [Doc. No. 5.] Defendant notes that the state court action is pending in Orange County Superior Court and that Defendant's timely Notice of Removal was incorrectly filed in the Southern District of California, rather than in the Southern Division of the Central District of California, which is comprised of Orange County. Plaintiff has filed a statement of non-opposition. [Doc. No. 9.] Therefore, the Court **GRANTS** Defendant's motion and transfers this case to the Southern Division of the Central District of California pursuant to 28 U.S. Code §§ 1404 and 1406(a).

　　　IT IS SO ORDERED.

DATED: December 7, 2007

　　　　　　　　　　　　　　　　　　　　　　　　_Janis L. Sammartino_
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District