# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

FILED

DEC 17 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CA
BY

December 10, 2007

Office of the Clerk
USDC Central District Southern Division
411 West 4th Street
Santa Ana, CA 92701

Re: Salbato v. NIC Insurance Company, Case No. 07cv1992 JLS (POR)

Dear Sir or Madam:

Pursuant to Order transferring the above-entitled action to your District, we are transmitting herewith our entire original file (excepting said Order).

Enclosed are a certified copy of our Docket and of the Order transferring the action, the originals of which we are retaining.

Please acknowledge receipt on the copy of this letter and return. Thank you.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____
M. Zvers, Deputy

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

RECEIVED ITEMS DESCRIBED

THIS DATE OF 12-11-2007
AND ASSIGNED CASE NUMBER SACV 07 - 1439 CJC (RNBx)

CLERK, U.S. DISTRICT COURT

By: Rolls Royce Paschal , Deputy